Jacqueline BYRD, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 63990.

Missouri Court of Appeals, Western District.

Dec. 7, 2004.

Ruth Sanders, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Evan J. Buchheim, Asst. Attorney General, Jefferson City, for respondent.

Before HAROLD L. LOWENSTEIN, P.J., PAUL M. SPINDEN, and JAMES M. SMART, JR., JJ.

### *Order*

PER CURIAM.

Jacqueline Byrd appeals the denial of her Rule 29.15 motion following an evidentiary hearing, in which she sought relief from her convictions for second-degree murder and armed criminal action. Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 84.16(b).